## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CARI A. GRAHAM-BABCOCK,      :     Civil No. 1:23-CV-652
                               :
        Plaintiff,        :
                               :
        v.                :     (Magistrate Judge Bloom)
                               :
KILOLO KIJAKAZI[1],        :
Acting Commissioner of     :
Social Security,           :
                               :
        Defendant.      :

## ORDER

AND NOW, this 17th day of June 2024, in accordance with the accompanying Memorandum Opinion, the final decision of the Commissioner is AFFIRMED.  The Clerk of Court is directed to CLOSE this case.

*s/ Daryl F. Bloom*
Daryl F. Bloom
United States Magistrate Judge

---

[1] Martin O'Malley became the Commissioner of the Social Security Administration on December 20, 2023. Pursuant to Fed. R. Civ. P. 25(d), Mr. O'Malley is substituted as the defendant in this case. Pursuant to 42 U.S.C. § 405(g), no further action is required to continue this suit.